AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

DAB DOORS COMPANY, INC

*Plaintiff(s)*

v.

HURRICANE MASTER GARAGE DOORS, CORP, and WILLIAM ORTAS

*Defendant(s)*

Civil Action No. 1:23-cv-23179-RKA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* HURRICANE MASTER GARAGE DOORS, CORP
3400 NW 101 ST
MIAMI, FL 33147

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jesus Sanchelima
Liany Estevez
Sanchelima & Associates,
P.A. 235 S.W. Le Jeune Road
Miami, Florida 33134

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.




Angela E. Noble
Clerk of Court

SUMMONS

Date: Aug 22, 2023

s/ N. Cubic

Deputy Clerk
U.S. District Courts